## Pettit *v.* Jamestown & Franklin Railroad Company, Appellant.

Argued Oct. 7, 1909. Appeal, No. 177, Oct. T., 1909, by defendant, from judgment of C. P. Venango Co., Aug. T., 1907, No. 72, on verdict for plaintiff in case of Joseph Pettit v. The Jamestown & Franklin Railroad Company. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

*A. R. Osmer* and *J. H. Osmer*, with them *N. F. Osmer*, for appellants.

*Peter M. Speer*, with him *Robert F. Glenn*, for appellee.

PER CURIAM, November 5, 1909:

All the essential points of this case were considered and decided when it was here before, 222 Pa. 490. We do not find any new matters at the second trial which require special notice.

Judgment affirmed.